UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**LOMAX SALTER,**

    **Plaintiff,**

v.     Case No.: 3:13cv76/MCR/EMT

**SECRETARY DEPARTMENT
OF CORRECTIONS, et al.,**

    **Defendants.**
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated May 5, 2014 (doc. 34).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  The Court has made a <u>de novo</u> determination of the timely filed objections (doc. 38).

Having considered the Report and Recommendation, and the objections thereto, the Court concludes that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's claims are **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as frivolous.

**DONE AND ORDERED** this 20th day of July, 2014.

*M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**